**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

ROB BRANTLEY, DARRYN COOKE,
WILLIAM and BEVERLEY COSTLEY,
PETER G. HARRIS, CHRISTIANA
HILLS, MICHAEL B. KOVAC,
MICHELLE NAVARRETTE, JOY
PSACHIE and JOSEPH VRANICH,
individually and on behalf of all
others similarly situated,
                *Plaintiffs-Appellants,*

       v.

NBC UNIVERSAL, INC., VIACOM
INC., THE WALT DISNEY COMPANY,
FOX ENTERTAINMENT GROUP, INC.,
TIME WARNER INC., TIME WARNER
CABLE INC., COMCAST CORPORATION,
COMCAST CABLE COMMUNICATIONS,
LLC, COXCOM, INC., THE DIRECTV
GROUP, INC., ECHOSTAR SATELLITE
L.L.C., and CABLE VISION SYSTEMS
CORPORATION,
                *Defendants-Appellees.*

No. 09-56785

D.C. No.
2:07-cv-06101-CAS-
VBK
Central District of
California,
Los Angeles

ORDER

Filed October 31, 2011

Before: Consuelo M. Callahan, and Sandra S. Ikuta,
Circuit Judges.

19667

**ORDER**

The opinion filed June 3, 2011 is hereby withdrawn. The Clerk's Office is directed to reconstitute the panel by drawing a third judge.

The petitions for rehearing and rehearing en banc are denied as moot.